UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARCUS ISAIAH SPEARS,

         Plaintiff,

v.

PIERCE COUNTY et al.,

         Defendants.

Case No. 3:22-cv-05899-JLR-TLF

REPORT AND RECOMMENDATION

Noted for April 14 2023

This matter is before the Court on plaintiff's motion for voluntary dismissal. Dkt. 11. Plaintiff has also filed a motion to stop payment of *in forma pauperis* fees. Dkt. 12. The complaint has not been served on defendants.

For the reasons described below, the Court should GRANT plaintiff's motion to dismiss the action without prejudice (Dkt. 11).

On November 11, 2022 plaintiff filed an application to proceed *in forma pauperis* ("IFP"), together with a proposed complaint, Dkt. 1. The Court granted plaintiff's IFP application. Dkt. 3. The Court subsequently issued an Order to Show Cause due to deficiencies in the complaint. Dkt. 8. Plaintiff filed a motion for extension of time to file amended complaint (Dkt. 9) which the Court denied because plaintiff failed to state why the additional time was needed. Dkt. 10. On March 24, 2023, plaintiff filed a motion to voluntarily dismiss his case. Dkt. 11.

REPORT AND RECOMMENDATION - 1

Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may voluntarily dismiss an action without prejudice by filing a notice of dismissal before the defendant serves an answer or motion for summary judgment. However, if the plaintiff has previously dismissed any federal or state court action based on or including the same claim, the notice of dismissal operates as an adjudication on the merits. Fed. R. Civ. P. 41(a)(1)(B).

Plaintiff requested dismissal prior to service of the complaint; there has therefore been no answer or motion brought in response to the complaint. The Court has not found any previously dismissed action by plaintiff based on the same claim. Therefore, the Court recommends that plaintiff's motion for voluntary dismissal (Dkt. 11) be granted, and this matter dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Accordingly, if the Court grants the motion to dismiss, then plaintiff's motion to stop payment of *in forma pauperis* fees would be moot.

The parties have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed set this matter for consideration on **April 14, 2023**, as noted in the caption.

REPORT AND RECOMMENDATION - 2

1   Dated this 30th day of March, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3