UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARCUS ISAIAH SPEARS,

          Plaintiff,

v.

PIERCE COUNTY et al.,

          Defendants.

Case No. 3:22-cv-05899-JLR-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    the Court adopts the Report and Recommendation (Dkt. 13); and

(2)    plaintiff's motion to voluntarily dismiss this action (Dkt. 11) is GRANTED; this action is Dismissed Without Prejudice.

Dated this 18th day of April, 2023.

*[signature]*

James L. Robart
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1